IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TYRONE CLAY,** ) | |
| ) | |
| Plaintiff, ) | Case No.: 23-CV-16799 |
| ) | |
| v. ) | The Honorable Matthew F. Kennelly |
| ) | |
| **ANTHONY F. NORADIN, et. al.** ) | |
| ) | |
| Defendants. | |

**PLAINTIFF CLAY'S MOTION TO EXCUSE ATTORNEY BONJEAN FROM PERSONALLY APPEARING AT THE STATUS HEARING ON JUNE 10 OR TO CONTINUE THE HEARING UNTIL JUNE 16**

Pursuant to this Court's Order on May 23, 2025, undersigned counsel moves this Court for an order excusing her from appearing in person at the June 10, 2025 status hearing since she is currently on trial in the Eastern District of New York. Undersigned counsel requests that the Court reset the hearing on June 16, 2025 when undersigned counsel will be able to personally appear. If the Court is disinclined to continue the hearing, Ms. Cohen can be present on June 10, 2025.

1. On May 23, 2025, this Court held an in-person hearing on Plaintiff's Motion to Compel the Cook County State's Attorney's Office. [Dkt. 202]. Following that hearing this Court ordered that "lead counsel for each party must be present for all future status and motion hearings until further order by the Court unless excused in advance for good cause as shown by way of a written motion signed by that counsel and filed well in advance of the status or motion hearing." *Id.*

2. During the May 23, 2025, hearing, attorney Josh Morrison of the Bonjean Law Group informed the Court that undersigned counsel "will likely still be on trial in the Eastern

District of New York." The Court stated that undersigned counsel would have to make a motion to be excused and advise the court who the number two person on the case is. This Court further advised, "the number two person on the case is going to be the number two person on the case. You don't get to shift out." Mr. Morrison advised in response, "that would be Ms. Cohen."

3. Undersigned counsel and Ms. Cohen are both on trial in the Eastern District of New York in the matter of *United States v. Cherwitz & Daedone*, 23-CR-146, before District Court Judge Diane Gujararti. Closing arguments concluded this morning and the jury began deliberating today. Undersigned counsel cannot predict when the jury will return a verdict, but it seems unlikely that undersigned counsel will be able to appear in person on June 10 for the status hearing in this case. Even if the jury returned a verdict on Monday, June 9, 2025, undersigned counsel will be unable to travel to Chicago in time for the June 10 hearing.

4. Undersigned counsel is confident that the case will be resolved by the end of next week and therefore suggests that the status hearing be adjourned until June 16, 2025 at which time she can appear in person. Although not preferred, if the Court is disinclined to continue the hearing, Ms. Cohen can be present at the June 10 hearing.

5. Generally, undersigned counsel is available the week of June 16, 2025 to appear in person with the exception of June 18, 2025. On that date, undersigned counsel has a court-ordered deposition in another matter.

6. Ms. Cohen asked the parties in the case whether they had any objection to this request. The co-plaintiffs, the City of Chicago through Ms. Doi, the Defendant officers through Ms. Schnidt, and the Prosecutor Defendants through Mr. Battle, Mr. Howroyd, and Mr. Palles have no objection. However, Ms. Schnidt indicated she is unavailable on June 17. The remaining parties have not indicated their position on this request.

Date: June 6, 2025	Respectfully Submitted,

/s/ JENNIFER BONJEAN

Bonjean Law Group
303 Van Brunt Street
Brooklyn, NY 11231
718-875-1850
jennifer@bonjeanlaw.com

**Chicago Address**
53 W. Jackson Blvd., Ste. 315
Chicago, Illinois 60604