# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

| | |
|---|---|
| Tyrone Clay, et al.<br>Plaintiff,<br>v.<br>Anthony F. Noradin, et al.<br>Defendant. | Case No.: 1:23–cv–16799<br>Honorable Matthew F. Kennelly |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 9, 2025:

MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion to excuse lead counsel from the 6/10 hearing is granted [207]. Resetting the hearing is not practical due to the number of counsel involved. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.